POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Ryan Q. Keech (SBN 280306); Gabriel M. Huey (SBN 291608);<br>Kevin.Sullivan@klgates.com (SBN 341596);<br>K & L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor  Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 553-5000  | FAX NO. (310) 553-5001 | E-MAIL ADDRESS: Ryan.Keech@klgates.com; Gabriel.Huey@klgates.com; Kevin.Sullivan@klgates.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: BIRDDOG TECHNOLOGY LIMITED, an Australian company; et al<br>DEFENDANT/RESPONDENT: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al | CASE NUMBER:<br>2:23-cv-09416-DDP-AGRx |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2253091M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATE JUDGES; PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRD DOG AUSTRALIA PTY., LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

3. a. Party served *(specify name of party as shown on documents served)*:
   **2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Jennifer Lee - Authorized Agent for Service of Process**

4. Address where the party was served: **556 Vanguard Way, Suite A<br>Brea, CA 92821**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **11/13/2023** at *(time)*: **11:15 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Zhen Lin, Office Manager**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: **11/15/2023** from *(city)*: **Santa Ana, CA**    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2253091 |
|---|---|---|

| | |
|---|---|
| Plaintiff: BIRDDOG TECHNOLOGY LIMITED, an Australian company; et al<br>Defendant: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al | CASE NUMBER:<br>2:23-cv-09416-DDP-AGRx |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                 (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)                ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)         ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                            ☐ 415.46 (occupant)
                                                                        ☑ other: FRCP 4(h)(1)(B)

7. **Person who served papers**
   a. Name: **Rosemary Garcia - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 192.61**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner      ☑ employee      ☐ independent contractor.
          (ii) Registration No.: **2018002560**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **11/15/2023**

          **Rosemary Garcia**                 ▶    */s/ Rosemary Garcia*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (Signature - Per CC §1633.7)