UMBERG ZIPSER LLP
Dean J. Zipser (SBN 94680)
dzipser@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants
2082 Technology, LLC dba Bolin
Technology and Hoi "Kyle" Lo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company,<br><br>Plaintiffs,<br><br>*v*.<br><br>2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; HOI "KYLE" LO, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09416 CAS (AGRx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: February 5, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>*[Memorandum of Points and Authorities in Support of Motion to Dismiss, Request for Judicial Notice, Declaration of Molly J. Magnuson, and [Proposed] Order Filed Concurrently Herewith]* |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on February 5, 2024, at 1:30 p.m., in Courtroom 8D of the United States District Court for the Central District of California, the Honorable Christina A. Snyder presiding, Defendants 2082 Technology, LLC ("2082") and Hoi "Kyle" Lo (collectively, "Defendants") will and hereby do move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint filed by Plaintiffs Birddog Technology Limited and Birddog Australia Pty Ltd (collectively, "BirdDog") and each claim for relief alleged therein.

This Motion is made on the following grounds: (1) BirdDog's claims against Defendants fail because 2082 and Mr. Lo were not parties to any contracts with BirdDog and did not receive any payments pursuant to any such contracts, as alleged in the Complaint, and, as a result, BirdDog cannot state any claim for relief against Defendants; (2) BirdDog's non-contract claims against Defendants, specifically the third, fourth, fifth, sixth, and seventh claims for relief, are barred by California's economic loss rule; and (3) BirdDog's Complaint fails to allege facts which plausibly state any claim for relief against Defendants and/or fail to plead the requisite facts with specificity as required under Federal Rule of Civil Procedure 9(b).

This Motion will be based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Molly J. Magnuson; the entire Court file herein; and on such other materials or argument that may properly come before the Court in connection with this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 15, 2023.

Dated: December 22, 2023

UMBERG ZIPSER LLP

*s/ Molly J. Magnuson*
Molly J. Magnuson
Attorneys for Defendants 2082 Technology, LLC dba Bolin Technology and Hoi "Kyle" Lo