1  UMBERG ZIPSER LLP
   Dean J. Zipser (SBN 94680)
2  dzipser@umbergzipser.com
   Molly J. Magnuson (SBN 229444)
3  mmagnuson@umbergzipser.com
4  1920 Main Street, Suite 750
   Irvine, CA 92614
5  Telephone:  (949) 679-0052
   Facsimile:  (949) 679-0461
6

7  Attorneys for Defendants
   2082 Technology, LLC dba Bolin
8  Technology and Hoi "Kyle" Lo

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                    **SOUTHERN DIVISION**

12

13 | BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company, | Case No. 2:23-cv-09416 CAS (AGRx) |
|---|---|
| Plaintiffs, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| v. | |
| 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; HOI "KYLE" LO, an individual; and DOES 1 through 25, inclusive, | Complaint filed:  November 7, 2023 |
| Defendants. | |

{264779.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

Pursuant to L.R. 7.1-1, the undersigned counsel of record for Defendants 2082 Technology, LLC ("2082") and Hoi "Kyle" Lo (collectively, "Defendants") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

None, other than the parties to the lawsuit.

Pursuant to Fed. R. Civ. P. 7.1, Defendant 2082 does not have a parent corporation, and there are no publicly held corporations owning 10% or more of Defendant 2082's stock.

Because the Court's jurisdiction in this action is based on diversity under 28 U.S.C. Section 1332(a), Defendants also provide the following citizenship information: Defendants 2082 and Lo are citizens of the State of California.

Dated:  December 28, 2023         UMBERG ZIPSER LLP

                                  *s/ Molly J. Magnuson*
                                  Molly J. Magnuson
                                  Attorneys for Defendants 2082
                                  Technology, LLC dba Bolin
                                  Technology and Hoi "Kyle" Lo