POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Ryan Q. Keech (SBN 280306); Garbiel M. Huey (SBN 291608); Kevin G. Sullivan (SBN 341596)<br>K & L Gates LLP<br>10100 Santa Monica Boulevard   Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 552-5000 | FAX NO.: (310) 553-5001| E-MAIL ADDRESS: Ryan.Keech@klgates.com; Gabriel.Huey@klgates.com; Kevin.Sullivan@klgates.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 West First Street, Suite 4311<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central DIstrict of California | |
| PLAINTIFF/PETITIONER: BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company<br>DEFENDANT/RESPONDENT: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al. | CASE NUMBER:<br>2:23-cv-09416-CAS-AGRx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2276630CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☒ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Jennifer Lee**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **556 Vanguard Way, Suite A**
   **Brea, CA 92821**
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/19/2024**   (2) at *(time)*: **12:30 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2276630

| | |
|---|---|
| Plaintiff: BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company<br>Defendant: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al. | CASE NUMBER<br>2:23-cv-09416-CAS-AGRx |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                    (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **Individual**
      under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☑ other: **FRCP 4(e)(2)(A)** |

7. **Person who served papers**
   a. Name: **Rosemary Garcia - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 196.36**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☑ employee   ☐ independent contractor.
         (ii) Registration No.: **2018002560**
         (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **1/23/2024**

| | |
|---|---|
| **Rosemary Garcia**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | ▶ *[signature]*<br>(Signature - Per CC §1633.7) |

**ATTACHED LIST OF DOCUMENTS**

**SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT;**

**FIRST AMENDED COMPLAINT;**

**CIVIL COVER SHEET;**

**PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY., LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**ORDER RETURNING CASE FOR REASSIGNMENT**