UMBERG ZIPSER LLP
Dean J. Zipser (SBN 94680)
dzipser@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants
2082 Technology, LLC dba Bolin
Technology and Hoi "Kyle" Lo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company,

Plaintiffs,

*v*.

2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,

Defendants.

Case No. 2:23-cv-09416 CAS (AGRx)

**DEFENDANTS KYLE LO AND 2082 TECHNOLOGY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Hearing Date: February 26, 2024
Time: 10:00 a.m.
Judge: Hon. Christina A. Snyder
Courtroom: 8D

*[Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Molly J. Magnuson Filed Concurrently Herewith]*

Complaint filed: November 7, 2023
FAC filed: January 12, 2024

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on February 26, 2024, at 10:00 a.m., in Courtroom 8D of the United States District Court for the Central District of California, the Honorable Christina A. Snyder presiding, Defendants 2082 Technology, LLC ("2082") and Hoi "Kyle" Lo (collectively, "Moving Defendants") will and hereby do move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Complaint (the "FAC") filed by Plaintiffs Birddog Technology Limited and Birddog Australia Pty Ltd (collectively, "BirdDog") and each claim for relief alleged therein.

This Motion is made on the following grounds: (1) BirdDog's claims against Moving Defendants fail because 2082 and Mr. Lo were not parties to any contracts with BirdDog and did not receive any payments pursuant to any such contracts, as alleged in the FAC, and, as a result, BirdDog cannot state any claim for relief against Moving Defendants; (2) BirdDog's non-contract and non-trade secret claims against the Moving Defendants, specifically the sixth, seventh, eighth, ninth, and tenth claims for relief, are barred by California's economic loss rule; and (3) the FAC fails to allege facts which plausibly state any claim for relief against Moving Defendants and/or fail to plead the requisite facts with specificity as required under Federal Rule of Civil Procedure 9(b).

The Motion will be based on this Notice of Motion and Motion; the concurrently filed supporting Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Molly J. Magnuson; the entire Court file herein; and on such other materials or argument that may properly come before the Court in connection with this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 19, 2024.

Dated: January 26, 2024 UMBERG ZIPSER LLP

*s/ Molly J. Magnuson*
Molly J. Magnuson
Attorneys for Defendants 2082 Technology, LLC dba Bolin Technology and Hoi "Kyle" Lo