| | |
|---|---|
| 1 | UMBERG ZIPSER LLP |
| 2 | Dean J. Zipser (SBN 94680) |
|   | dzipser@umbergzipser.com |
| 3 | Molly J. Magnuson (SBN 229444) |
|   | mmagnuson@umbergzipser.com |
| 4 | 1920 Main Street, Suite 750 |
|   | Irvine, CA 92614 |
| 5 | Telephone:  (949) 679-0052 |
| 6 | Facsimile:  (949) 679-0461 |
| 7 | Attorneys for Defendants |
|   | 2082 Technology, LLC dba Bolin |
| 8 | Technology and Hoi "Kyle" Lo |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company, | Case No. 2:23-cv-09416 CAS (AGRx) |
| Plaintiffs, | **DEFENDANTS KYLE LO AND 2082 TECHNOLOGY, LLC'S NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive, | Hearing Date: February 26, 2024<br>Time:         10:00 a.m.<br>Judge:        Hon. Christina A. Snyder<br>Courtroom:    8D |
| Defendants. | Complaint filed: November 7, 2023<br>FAC filed:       January 12, 2024 |

{266521.1}

1  Defendants 2082 Technology, LLC and Hoi "Kyle" Lo (collectively,
2  "Moving Defendants") hereby lodge with the Court a [Proposed] Order Granting
3  the Moving Defendants Motion to Dismiss Plaintiffs' First Amended Complaint
4  [ECF No. 47].  A copy of said [Proposed] Order is being filed concurrently
5  herewith.

7  Dated:  February 5, 2024            UMBERG ZIPSER LLP

                                       *s/ Molly J. Magnuson*
                                       Molly J. Magnuson
                                       Attorneys for Defendants 2082
                                       Technology, LLC dba Bolin
                                       Technology and Hoi "Kyle" Lo