UMBERG ZIPSER LLP
Dean J. Zipser (SBN 94680)
dzipser@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants
2082 Technology, LLC dba Bolin Technology, Hoi "Kyle" Lo, and Jennifer Lee

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company,

Plaintiffs,

*v.*

2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,

Defendants.

Case No. 2:23-cv-09416 CAS (AGRx)

**DEFENDANT JENNIFER LEE'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Hearing Date: March 11, 2024
Time: 10:00 a.m.
Judge: Hon. Christina A. Snyder
Courtroom: 8D

*[Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Molly J. Magnuson, and [Proposed] Order Filed Concurrently Herewith]*

Complaint filed: November 7, 2023
FAC filed: January 12, 2024

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on March 11, 2024, at 10:00 a.m., in Courtroom 8D of the United States District Court for the Central District of California, the Honorable Christina A. Snyder presiding, Defendant Jennifer Lee ("Defendant" or "Ms. Lee") will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Complaint (the "FAC") filed by Plaintiffs Birddog Technology Limited and Birddog Australia Pty Ltd (collectively, "Plaintiffs") and each claim for relief alleged therein.

This Motion is made on the following grounds: (1) the FAC fails to allege facts which plausibly state any claim for relief against Ms. Lee and/or fails to sufficiently plead facts in support of the claims under Federal Rules of Civil Procedure 8 and 9(b), as applicable; and (2) Plaintiffs' non-contract and non-trade secret claims against Ms. Lee, specifically the sixth, seventh, eighth, ninth, and tenth claims for relief, are barred by California's economic loss rule.

The Motion will be based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Molly J. Magnuson; the entire Court file herein; and on such other materials or argument that may properly come before the Court in connection with this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 30, 2024.

Dated: February 9, 2024

UMBERG ZIPSER LLP

*s/ Molly J. Magnuson*
Molly J. Magnuson
Attorneys for Defendants 2082 Technology, LLC dba Bolin Technology, Hoi "Kyle" Lo, and Jennifer Lee