POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Ryan Q. Keech (SBN 280306); Gabriel M. Huey (SBN 291608);<br>Kevin G. Sullivan (SBN 341596)<br>K & L GATES LLP<br>1 Park Plaza, Twelfth Floor   Irvine, CA 92614<br>TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 411 West 4th Street
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: BIRDDOG TECHNOLOGY LIMITED, an Australian company; et al<br>DEFENDANT/RESPONDENT: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al | CASE NUMBER:<br>2:23-cv-09416-DDP-AGRx |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2285559R |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
      **BOLIN TECHNOLOGY CO., LTD., a Chinese limited company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **Zhen Lin - Authorized person to accept service of process**
4. Address where the party was served: **556 Vanguard Way, Suite A**
   **Brea, CA 92821**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **2/12/2024**   (2) at *(time)*: **3:21 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2285559

Plaintiff: BIRDDOG TECHNOLOGY LIMITED, an Australian company; et al

Defendant: 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al

CASE NUMBER: 2:23-cv-09416-DDP-AGRx

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **BOLIN TECHNOLOGY CO., LTD., a Chinese limited company**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(h)(1)(B)** |

7. **Person who served papers**
   a. Name: **Ramir Castor - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 196.36**
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.: **PSC#6186**
        (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/12/2024**

**Ramir Castor**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*

**ATTACHED LIST OF DOCUMENTS**

**SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT;**

**FIRST AMENDED COMPLAINT;**

**CIVIL COVER SHEET;**

**PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY., LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**ORDER RETURNING CASE FOR REASSIGNMENT**

| ATTORNEY(S) NAME AND ADDRESS:<br>K & L GATES LLP<br>Ryan Q. Keech (SBN 280306)<br>Gabriel M. Huey (SBN 291608)<br>Kevin G. Sullivan (SBN 341596)<br>1 Park Plaza, Twelfth Floor<br>Irvine, CA 92614<br>    Attorney(s) for: **Plaintiffs**<br>    Reference: **2285569** | FOR court USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| SHORT TITLE OF CASE:<br>    BIRDDOG TECHNOLOGY LIMITED, an Australian company; et al  v. 2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; et al | |
| **PROOF OF SERVICE BY MAIL (CERTIFIED)** | CASE NUMBER:<br>**2:23-cv-09416-DDP-AGRx** |

1. At the time of service I am over the age of 18, not a party to this cause and a resident of or am employed in the county where the mailing occurred.

2. My residence or business address is *(specify)>:*
   800 S. Figueroa Street, Suite 900
   Los Angeles, CA 90017

3. I served a copy of the following documents *(specify exact title(s)):*
   **SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY., LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OFCOURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER RETURNING CASE FOR REASSIGNMENT**

4. I served a copy of the foregoing document(s) by mailing it in a sealed envelope with postage prepaid as follows:
   CERTIFIED #:   **7022 1670 0002 2393 9843**
   a. ☑ I deposited the envelope with the United States Postal Service
   b. ☑ Deposited or placed (1) on *(date):* **2/12/2024** *(city, state):* Los Angeles, California
   c. ☑ Name and address as shown on the envelope *(specify):*
       BOLIN TECHNOLOGY CO., LTD., a Chinese limited company
       556 Vanguard Way, Suite A
       Brea, CA 92821

5. Person Serving

   **Danny Tello**
   **Ace Attorney Service, Inc.**
   800 S. Figueroa Street, Suite 900
   Los Angeles, CA 90017
   (213) 623-3979

   f. Fee for service: **$ 90.50**
   a. Not a registered California Process Server.
   (2) Registration No.: **5849**
   (3) County : **LOS ANGELES**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date: **February 12, 2024**

_____
*(signature)*

Rule 982 Judicial Council of California

**PROOF OF SERVICE BY MAIL (CERTIFIED)**

#2285569 AC/AceMail