RYAN Q. KEECH (SBN 280306)
Ryan.Keech@klgates.com
GABRIEL M. HUEY (SBN 291608)
Gabriel.Huey@klgates.com
KEVIN G. SULLIVAN (SBN 341596)
Kevin.Sullivan@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: 310.553.5000
Fax No.: 310.553.5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY, LTD, an Australian company,<br><br>Plaintiffs,<br><br>v.<br><br>2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09416 CAS (AGRx)<br><br>**PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY LTD'S OPPOSITION TO DEFENDANT JENNIFER LEE'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS**<br><br>*[Filed concurrently with Opposition to Defendant Jennifer Lee's Motion to Dismiss]*<br><br>Judge: Hon. Christina A. Snyder<br>Date: March 11, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8D<br><br>Complaint Filed: November 7, 2023<br>FAC filed: January 12, 2024 |

Plaintiffs BirdDog Technology Limited ("BirdDog Limited") and BirdDog Australia Pty Ltd ("BirdDog Australia," collectively "Plaintiffs") respectfully submit this opposition to Defendant Jennifer Lee's ("Ms. Lee") Request for Judicial Notice.

For the convenience of the Court and because Ms. Lee's Request for Judicial Notice in Support of Ms. Lee's Motion to Dismiss (Dkt. 55-2 "Ms. Lee's Request for Judicial Notice") is a mirror image of Defendants 2082 Technology, LLC DBA Bolin Technology, and Hoi "Kyle" Lo's Request for Judicial Notice in Support of their Motion to Dismiss (Dkt. 47-2 "Bolin LLC and Mr. Lo's Request for Judicial Notice), Plaintiffs hereby incorporate Plaintiffs' Opposition to Bolin LLC and Mr. Lo's Request for Judicial Notice (Dkt. 52) to oppose Ms. Lee's Request for Judicial Notice.

Respectfully submitted,

**K&L GATES LLP**

Dated: February 16, 2024

By: */s/ Ryan Q. Keech*
Ryan Q. Keech
Gabriel M. Huey
Kevin G. Sullivan

*Attorneys for Plaintiffs*