UMBERG ZIPSER LLP
Dean J. Zipser (SBN 94680)
dzipser@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants
2082 Technology, LLC dba Bolin Technology, Hoi "Kyle" Lo, and Jennifer Lee

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY LTD, an Australian company,

Plaintiffs,

*v.*

2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,

Defendants.

Case No. 2:23-cv-09416 CAS (AGRx)

**DEFENDANT JENNIFER LEE'S RESPONSE TO PLAINTIFFS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS (DKT. 62)**

Hearing Date: March 11, 2024
Time: 10:00 a.m.
Judge: Hon. Christina A. Snyder
Courtroom: 8D

*[Jennifer Lee's Reply In Support of Motion to Dismiss Filed Concurrently Herewith]*

Complaint filed: November 7, 2023
FAC filed: January 12, 2024

Defendant Jennifer Lee hereby responds to Plaintiffs BirdDog Technology Limited ("BirdDog Limited") and BirdDog Australia Pty Ltd's ("BirdDog Australia," collectively "Plaintiffs") Opposition to the Request for Judicial Notice ("RJN") filed in support of her Motion to Dismiss (Dkt. 62).

Plaintiffs' Opposition to the RJN presents no new arguments. Instead, Plaintiffs incorporate their previously filed objection to Defendants 2082 Technology, LLC and Hoi "Kyle" Lo's (collectively, the "2082 Defendants") Request for Judicial Notice in Support of Motion to Dismiss (Dkt. 47-2; Dkt. 52), "for the convenience of the Court and because Ms. Lee's Request for Judicial Notice in Support of Ms. Lee's Motion to Dismiss (Dkt. 55-2) is made on the same grounds."

Accordingly, because Ms. Lee's RJN is made on the same grounds as the 2082 Defendants' request for judicial notice, Ms. Lee similarly incorporates herein and joins in the 2082 Defendants' response to Plaintiffs' objection to the 2082 Defendants' request for judicial notice (Dkt. 57-1).

Dated: February 26, 2024

UMBERG ZIPSER LLP

*s/ Molly J. Magnuson*
Molly J. Magnuson
Attorneys for Defendants 2082 Technology, LLC dba Bolin Technology, Hoi "Kyle" Lo, and Jennifer Lee