| | |
|---|---|
| 1 | RYAN Q. KEECH (SBN 280306) |
| | Ryan.Keech@klgates.com |
| 2 | GABRIEL M. HUEY (SBN 291608) |
| | Gabriel.Huey@klgates.com |
| 3 | KEVIN G. SULLIVAN (SBN 341596) |
| | Kevin.Sullivan@klgates.com |
| 4 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard, 8th Floor |
| 5 | Los Angeles, California  90067 |
| | Telephone: 310.553.5000 |
| 6 | Fax No.:     310.553.5001 |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY, LTD, an Australian company,<br><br>Plaintiffs,<br><br>v.<br><br>2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09416 CAS (AGRx)<br><br>**PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY LTD'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)**<br><br>*[Filed concurrently with Declaration of Gabriel M. Huey]* |

---

1

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

507491695.1

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs BirdDog Technology Limited and BirdDog Australia Pty Ltd ("Plaintiffs" or "BirdDog") hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant Bolin Technology Co., Ltd. ("Bolin Limited") on the ground that said defendant has failed to appear or otherwise respond to Plaintiffs' First Amended Complaint ("FAC") within the time prescribed by the Federal Rules of Civil Procedure.

Bolin Limited[1] was substituted as the defendant previously sued under the fictitious name of Doe 1 on January 12, 2024. (Dkt. 34.) Bolin Limited was personally served with the Summons and FAC on February 12, 2024, pursuant to Fed. R. Civ. P. 4(h)(1)(B), and Plaintiffs filed the Proof of Service as Dkt. 58. Pursuant to Fed. R. Civ. Proc. 12, Bolin Limited was required to respond, answer or otherwise plead to Plaintiffs' FAC by March 4, 2024. As of March 5, 2024, neither Bolin Limited nor anyone claiming to represent Bolin Limited has responded to the FAC or contacted Plaintiffs or their counsel to request an extension of time to respond to Plaintiffs' FAC.

The above-stated facts are set forth in the accompanying Declaration of Gabriel M. Huey filed herewith. Because defendant Bolin Limited has failed to "plead or otherwise defend" in response to Plaintiffs' FAC, Plaintiffs now request that the Clerk of the Court enter default against Bolin Limited pursuant to Fed. R. Civ. Proc. 55(a).

/ / /

/ / /

/ / /

---

[1] Bolin Limited is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | **K&L GATES LLP** |
| 3 | | |
| 4 | Dated: March 5, 2024 | By: */s/ Ryan Q. Keech* |

Ryan Q. Keech
Gabriel M. Huey
Kevin G. Sullivan

*Attorneys for Plaintiffs*

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

507491695.1