RYAN Q. KEECH (SBN 280306)
Ryan.Keech@klgates.com
GABRIEL M. HUEY (SBN 291608)
Gabriel.Huey@klgates.com
KEVIN G. SULLIVAN (SBN 341596)
Kevin.Sullivan@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California  90067
Telephone: 310.553.5000
Fax No.:    310.553.5001

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY, LTD, an Australian company,<br><br>Plaintiffs,<br><br>v.<br><br>2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09416 CAS (AGRx)<br><br>**DECLARATION OF GABRIEL M. HUEY ISO PLAINTIFFS BIRDDOG TECHNOLOGY LIMITED'S AND BIRDDOG AUSTRALIA PTY LTD'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)**<br><br>*[Filed concurrently with Plaintiffs' Request for Entry of Default]* |

1

**DECLARATION OF GABRIEL M. HUEY**

507491773.1

I, Gabriel M. Huey, declare:

1. I am a partner at the law firm of K&L Gates LLP, counsel for Plaintiffs BirdDog Technology Limited ("BirdDog Technology") and BirdDog Australia Pty, Ltd. ("BirdDog Australia") (collectively, "BirdDog" or "Plaintiffs"). Unless otherwise noted, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs filed their complaint against defendants 2082 Technology, LLC dba Bolin Technology, Mr. Hoi "Kyle" Lo and DOES 1-25 on November 7, 2023. (Dkt. 1.) Bolin Technology Co., Ltd. ("Bolin Limited") was substituted as the defendant previously sued under the fictitious name of Doe 1 on January 12, 2024. (Dkt. 34.)

3. Bolin Limited was personally served with the Summons and First Amended Complaint ("FAC") on February 12, 2024, pursuant to Fed. R. Civ. P. 4(h)(1)(B), and Plaintiffs filed the Proof of Service as Dkt. 58.

4. Pursuant to Fed. R. Civ. Proc. 12, Bolin Limited was required to respond, answer or otherwise plead to Plaintiffs' FAC by March 4, 2024.

5. As of March 5, 2024, neither Bolin Limited nor anyone claiming to represent Bolin Limited has responded to the FAC or contacted Plaintiffs or their counsel to request an extension of time to respond to Plaintiffs' FAC.

6. Bolin Limited is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2024, at Los Angeles, California.

                                                            */s/ Gabriel M. Huey*
                                                            Gabriel M. Huey