1  RYAN Q. KEECH (SBN 280306)
   Ryan.Keech@klgates.com
2  GABRIEL M. HUEY (SBN 291608)
   Gabriel.Huey@klgates.com
3  CASSIDY T. YOUNG (SBN 342891)
   Cassidy.Young@klgates.com
4  **K&L GATES LLP**
   10100 Santa Monica Boulevard, 8th Floor
5  Los Angeles, California 90067
   Telephone: 310.553.5000
6  Fax No.:    310.553.5001

7  Attorneys for Plaintiffs
   BIRDDOG TECHNOLOGY LIMITED
8  and BIRDDOG AUSTRALIA PTY, LTD

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13

| BIRDDOG TECHNOLOGY LIMITED, an Australian company; and BIRDDOG AUSTRALIA PTY, LTD, an Australian company,<br><br>  Plaintiffs,<br><br>  v.<br><br>2082 TECHNOLOGY, LLC DBA BOLIN TECHNOLOGY, a California limited liability company; BOLIN TECHNOLOGY CO., LTD., a Chinese limited company; HOI "KYLE" LO, an individual; JENNIFER LEE, an individual; and DOES 3 through 25, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-09416 CAS (AGRx)<br><br>**PROOF OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT – BOLIN TECHNOLOGY CO., LTD.**<br><br>[Assigned to the Hon. Christina A. Snyder] |
|---|---|

**PROOF OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Court's order dated April 8, 2024 (Dkt. 82), Plaintiffs BirdDog Technology Limited and BirdDog Australia Pty Ltd (collectively, "BirdDog") effectuated service of the Second Amended Complaint (Dkt. 84) on Defendant Bolin Technology Co., Ltd. ("Bolin Limited") on May 2, 2024. Bolin Limited's response is due on May 23, 2024. A true and correct copy of the proof of service is attached hereto as **Exhibit A**.

**K&L GATES LLP**

Dated: May 6, 2024

By: */s/ Cassidy T. Young*
Ryan Q. Keech
Gabriel M. Huey
Cassidy T. Young

*Attorneys for Plaintiffs*
BirdDog Technology Limited and
BirdDog Australia Pty Ltd