# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOLIN TECHNOLOGY CO., LTD.
was received by me on *(date)* April 12, 2024

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hoi "Kyle" Lo , who is
designated by law to accept service of process on behalf of *(name of organization)*
Bolin Technology Co., Ltd. on *(date)* May 2, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 22, 2024

*Server's signature*

Marlon Nava
*Printed name and title*

820 Center Street #7, Costa Mesa, CA  92627
*Server's address*

Additional information regarding attempted service, etc:

Investigator traveled to the Bolin Technology offices at 556 Vanguard Way Suite A, Brea, CA 92821. A white Tesla with California license plate 8HLX711, registered to Hoi Lo was identified in the parking lot. Investigator waited by car until Hoi Lo exited the Bolin Technology offices and entered the vehicle. Hoi Lo was served at approximately 6:32 PM on Thursday, May 2.